## GIBBS v. DIETRICH.

No. 3811. Opinion Filed December 22, 1914.

(145 Pac. 343.)

**APPEAL AND ERROR—Failure to File Brief—Dismissal.** Where the plaintiff in error fails to file brief, as required by rule 7 of this court (38 Okla. vi, 137 Pac. ix), the appeal will be dismissed for want of prosecution.

(Syllabus by Galbraith, C.)

*Error from District Court, Washington County;*

*R. H. Hudson, Judge.*

Action by E. E. Dietrich against Laura Gibbs. Judgment was for the plaintiff, and the defendant brings error. Dismissed.

*J. C. Dougherty,* for plaintiff in error.

*W. D. Cope,* for defendant in error.

Opinion by GALBRAITH, C. The petition in error with case-made attached was filed with the clerk of this court April 10, 1912, and the cause regularly submitted at the October, 1914,

term. No brief has been filed by either party. The appeal should therefore be dismissed for failure to serve and file brief as required by rule 7 of this court (38 Okla. vi, 137 Pac. ix).

By the Court: It is so ordered.